# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3965

_____

Dawn Edlund,

       Plaintiff-Appellant,

      v.

Ridgedale Automotive, Inc., a
Minnesota corporation d/b/a Morrie's
Minnetonka Ford and f/k/a Bob Ryan
Motors, Inc.; Bob Ryan Motors, Inc.,
a Minnesota corporation,

       Defendants-Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
District of Minnesota.

[UNPUBLISHED]

_____

Submitted:  October 9, 2002

Filed:  November 5, 2002

_____

Before MCMILLIAN, LAY, and RILEY, Circuit Judges.

_____

PER CURIAM.

      AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.